**Dismissed and Memorandum Opinion filed September 17, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00507-CV

## JOAN HUDSON, INDIVIDUALLY, A/N/F OF CORNENIUS HAWKINS, Appellant

## V.

## ORION REAL ESTATE SERVICES, INC., Appellee

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-29465**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 20, 2013. The notice of appeal was filed June 5, 2013. To date, our records show that appellant has not paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also*; Tex. Gov't Code Ann. § 51.207.

On August 8, 2013, this court ordered appellant to pay the appellate filing fee on or before August 23, 2013, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Frost, Boyce, and Jamison.